and of the evidentiary hearing of October 19, 1971, we find no factual basis for the allegations that the defendant was not fully informed of his right to appeal. The record refutes his allegation that counsel failed to appeal after being requested to do so. The other allegations likewise present no grounds for relief.

Court of Appeal. Insofar as the opposition purports to be an application for writs, it is not considered for it is not timely filed.

258 So.2d 551

## AMERICAN MOTORISTS INSURANCE COMPANY

v.

## Albert WILSON, Sr. et al.

## Dicie HARRIS, as Natural Tutrix of the Minor Thaddeus Rene Wilson

v.

## UNION CARBIDE CORPORATION.

No. 52242.

March 15, 1972.

In re: American Motorists Insurance Company and Union Carbide Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 256 So.2d 813.

Writ denied. As to this applicant there is no error of law in the judgment of the